UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RODNEY LEE VAUGHN, | ) | CASE NO. 1:05 CV 2984 |
| Plaintiffs, | ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith. Further, plaintiff is enjoined from filing any further documents in this court without seeking and obtaining leave in accordance with the Memorandum of Opinion filed this date, and the Clerk shall not accept any further documents for filing in this action.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

Dated: 2/7/06